256 So.2d 290

### STATE of Louisiana ex rel. Eugene J. REDD

v.

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52041.

Jan. 11, 1972.

In re: Eugene J. Redd applying for writ of habeas corpus and certiorari.

Writ refused. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

256 So.2d 290

### WEST PUBLISHING COMPANY

v.

### INTRASTATE PIPELINE CORPORATION et al.

No. 52038.

Jan. 11, 1972.

In re: Intrastate Pipeline Corporation and James R. Mary applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 254 So.2d 643.

Writ denied. As to the denial of dismissal of appeal and preliminary injunction, there is no error of law. As to all other matters, the judgment is not final.